UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON TODD,** | : | Civil No. 1:25-CV-1337 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DISABILITY RIGHTS PENNSYLVANIA,** | : | |
| et al., | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 14th day of October 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that, the plaintiff's amended complaint is DISMISSED with prejudice and the plaintiff's motion to transmit information to various federal agencies, (Doc. 24), is DENIED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1